IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUSTIN and ESMERALDA TAYLOR, as Parents and Legal Guardians of ISABELLA TAYLOR; MARIA D. LOZANO; REBECA JAIMES SALGADO; and MICHAEL ANDERSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:16CV544 ORDER |
| Plaintiffs, | | |
| v. | | |
| SAPP BROTHERS PETROLEUM, INC., | | |
| Defendant. | | |

This matter comes before the Court on Plaintiffs' Motion to Substitute Expert and Continue Deadline for Disclosure of Expert Testimony (Filing No. 58). Defense counsel notified the Court by e-mail that the Motion is not opposed.

The Final Progression Order currently provides July 1, 2017, as the deadline for Plaintiffs to serve all opposing parties with the statement required by Fed. R. Civ. P. 26(a)(2) regarding expert witnesses. (Filing No. 50 at p. 2). Plaintiffs learned on June 26, 2017, that a previously disclosed expert witness, Susan E. Caudle, PhD, would be unable to complete her report and evaluation. Plaintiffs request a 30-day extension to disclose a substitute expert witness and report for Dr. Caudle. Under the circumstances, the Court finds the motion should be granted. Accordingly,

**IT IS ORDERED:** Plaintiffs' Motion to Substitute Expert and Continue Deadline for Disclosure of Expert Testimony (Filing No. 58) is granted. Plaintiff shall have an extension of time to July 31, 2017, to disclose a substitute expert and report for Dr. Caudle.

**DATED: June 28, 2017.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

1